# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| McKESSON CORPORATION, )<br>    Plaintiff )<br>)<br>v. )<br>)<br>LONGISTICS TRANSPORTATION, INC., )<br>LONGISTICS STAFFING, INC., LONGISTICS )<br>EQUIPMENT LEASING, LLC, WORLD TRADE )<br>PROPERTIES, L.L.C., )<br>    Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:09-CV-250-F |

**Decision by Court.**

IT IS ORDERED AND ADJUDGED that the Defendants' Motion for Summary Judgment is ALLOWED. The Defendants' Motion to Dismiss is DENIED as moot. The parties Joint Motion to Continue the Trial in this matter is DENIED as moot.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 4, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Philip S. Brooks, Jr. (via CM/ECF Notice of Electronic Filing)

Randall R. Adams (via CM/ECF Notice of Electronic Filing)

Kieran J. Shanahan (via CM/ECF Notice of Electronic Filing)

Melissa Lynn Pulliam (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| November 4, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |